UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **HOPE ENTERPRISE CORPORATION** | **PLAINTIFF** |
| v. | CAUSE NO. 1:16-CV-00063-KBM-WPL |
| **COLIE DONALDSON and ELIZABETH DONALDSON** | **DEFENDANTS** |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL COPIES AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that Christopher H. Meredith of Copeland, Cook, Taylor & Bush, P.A., P.O. Box 6020, Ridgeland, Mississippi 39158, has entered his appearance *pro hac vice* on behalf of Hope Enterprise Corporation ("Hope").

**REQUEST IS HEREBY MADE** on behalf of Hope that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case, including but not limited to motions, applications, requests, petitions, complaints, pleadings, orders, judgments, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed in person or by mail, delivery, telephone, telegraph, telex or otherwise, which relate or affect the above-styled and -numbered cause.

**THIS** the 3rd day of February, 2016.

                                            Respectfully submitted,

                                            **HOPE ENTERPRISE CORPORATION**

                                            By: /s/ Christopher H. Meredith
                                                 Christopher H. Meredith, MSB No. 103656
                                                 *One of its Attorneys*

OF COUNSEL
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
cmeredith@cctb.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day filed the foregoing using CM/ECF, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Spencer L. Edelman
>*Attorney for Hope Enterprise Corporation*
>sle@modrall.com

**THIS** the 3rd day of February, 2016.

>/s/ Christopher H. Meredith
>*Of Counsel*