## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HOPE ENTERPRISE CORPORATION,

      Plaintiff,

v.                                      16cv63 MV/WPL

COLIE DONALDSON AND
ELIZABETH DONALDSON,

      Defendants.

## ORDER OF TELEPHONIC SETTING

**MATTER TO BE HEARD:**               Status Conference

**DATE AND TIME OF HEARING:**        August 24, 2016, at 1:30 p.m.

**The parties will call the Court's "meet-me" line at (505) 348-2356.**  It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to five telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
William P. Lynch
United States Magistrate Judge